**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* ______ Chapter 11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/20**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Damen 4 Management of Illinois, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-3715602 |
| 4. | **Debtor's address** | **Principal place of business**<br>225 W HUBBARD, #302<br>Chicago, IL 60654<br>Number, Street, City, State & ZIP Code<br>Cook<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor Damen 4 Management of Illinois, LLC Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

6213

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?** ____________
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____________
Contact name ____________
Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor Damen 4 Management of Illinois, LLC
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2020
MM / DD / YYYY

**X** /s/ Brian Carey
Signature of authorized representative of debtor

Brian Carey
Printed name

Title CEO

**18. Signature of attorney**

**X** /s/ Brian L. Shaw
Signature of attorney for debtor

Date May 27, 2020
MM / DD / YYYY

Brian L. Shaw 6216834
Printed name

Fox Rothschild LLP
Firm name

321 N. Clark Street
Suite 1600
Chicago, IL 60654
Number, Street, City, State & ZIP Code

Contact phone 312-517-9200

Email address bshaw@foxrothschild.com

6216834 IL
Bar number and State

**Damen 4 Management of Illinois, LLC**
**(a Delaware Limited Liability Company)**

**WRITTEN CONSENT OF THE SOLE MEMBER AND MANAGER OF DAMEN 4 MANAGEMENT OF ILLINOIS, LLC**

May 26, 2020

The undersigned, being an authorized officer of Damen 4 Management, LLC (the "Member"), a limited liability company duly existing and validly authorized under the laws of the State of Delaware, which is the sole member of Damen 4 Management of Illinois, LLC (the "Company"), a limited liability company duly existing and validly authorized under the laws of the State of Delaware, certifies, not individually, but on behalf of the Member, that, pursuant to the laws of the State of Delaware, the Member hereby waives all notice of time, place or purpose of a meeting and hereby resolves, approves, authorizes, adopts, ratifies and consents to the following resolutions, effective as of the date written above:

**A. Chapter 11 Filing**

WHEREAS, the Company and the Member have considered presentations by management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company and the Member, the actions of the Company's lender, Lago Innovation Fund, LLC, a Delaware limited liability company ("Lago"), the strategic alternatives available to the Company and the Member, and the effect of the foregoing on the business of the Company and the Member; and

WHEREAS, the Company and the Member have had the opportunity to consult with the management and the financial and legal advisors of the Company and the Member and fully consider each of the strategic alternatives available to the Company and the Member.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Member, it is desirable and in the best interests of the Company and the Member, and each of their creditors, employees, and other interested parties that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief for the Company (the "Chapter 11 Case") under the provisions of chapter 11 of title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois or another court of proper jurisdiction; and

FURTHER RESOLVED, that Brian Carey and Andrew Ingley (collectively, the "Authorized Officers"), acting alone or with one or more Authorized Officers, be and are hereby authorized and empowered to execute and file on behalf of and in the name of the Company all petitions, schedules, lists, consents and other papers, motions, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the business of the Company; and

FURTHER RESOLVED, that each of the Authorized Officers is, with power of delegation, hereby authorized and empowered to execute and file all petitions, schedules, motions, lists, applications, pleadings, agreements and other papers and, in connection therewith, to employ and retain assistance by legal counsel, accountants, financials advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of such cases.

FURTHER RESOLVED, that the Authorized Officers, acting alone or with one or more Authorized Officers, be and are hereby authorized and empowered to certify the authenticity of these resolutions.

**B. Retention of Professionals**

FURTHER RESOLVED, that each of the Authorized Officers is hereby authorized and empowered to employ the law firm of Fox Rothschild LLP as general bankruptcy counsel to assist and represent the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing and pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute the appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Fox Rothschild, LLP; and

FURTHER RESOLVED, that each of the Authorized Officers is hereby authorized and empowered to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing and pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute the appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of such other professionals.

Signature by facsimile or e-mail shall be considered an original signature.

IN WITNESS WHEREOF, the undersigned, being the Chief Executive Officer of the Memebr, has executed this Written Consent of the Sole Member and Manager of Damen 4 Management of Illinois, LLC as of the date first written above.

Sole Member:

DAMEN 4 MANAGEMENT, LLC,

By: ______________________________
Brian Carey
Chief Executive Officer

Fill in this information to identify the case:

Debtor name: Damen 4 Management of Illinois, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HealthLab<br>Department 4065<br>Carol Stream, IL 60122 | Blair Simon<br><br>Blair.simon@nm.org<br>(847) 767-8865 | Diagnostic Labs | | | | $64,419.58 |
| McDermott Will & Emery, LLP<br>Attn: Krist Werling<br>444 West Lake Street<br>Chicago, IL 60606 | Krist Werling<br><br>kwerling@mwe.com<br>(312) 984-2157 | Legal Fees | | | | $51,956.76 |
| Crowe LLP<br>225 W Wacker, STE 2600<br>Chicago, IL 60606 | Ron Ralph<br><br>ron.ralph@crowehorwath.com<br>(312) 899-7092 | Annual Audit Firm | | | | $30,000.00 |
| 216 West Jackson, LLC<br>c/o Marc Realty<br>55 East Jackson Blvd, STE 500<br>Chicago, IL 60604 | Melissa Pietrzak<br><br>mpietrzak@marcrealty.com<br>(312) 372-1811 | Landlord | | | | $20,840.00 |
| Mellody Farm<br>Regency Centers<br>One Independent Drive, Suite 114<br>Jacksonville, FL 32202-5019 | Peggy McDermott<br><br>(630) 645-2802 | Landlord | | | | $18,466.00 |
| Sabine LLC<br>1335 S Michigan Ave<br>3rd Floor<br>Chicago, IL 60605 | Thomas Zoells<br><br>thomas@pianofortechicago.com<br>(312) 291-0000 | Landlord | | | | $18,410.00 |
| Viewgol, LLC<br>11172 Dorchester Lane<br>Frisco, TX 75033 | Kristen Closson<br><br>kclosson@viewgol.com<br>(419) 796-0306 | Billing & Collections | | | | $18,209.44 |



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Damen 4 Management of Illinois, LLC
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| The York Building, LLC<br>132 N York Street, STE 3i<br>Elmhurst, IL 60126 | Anthony Gambino<br><br>agambino@firstcourseproductions.com<br>(708) 243-7094 | Landlord | | | | $16,932.00 |
| 215 W. Superior LLC<br>c/o Avision Young, LLC<br>One South Wacker Drive, STE 3000<br>Chicago, IL 60606 | Michelle Ortiz<br><br>Michele.Ortiz@avisonyoung.com<br>(847)863-9625 | Landlord | | | | $16,730.00 |
| Randhurst Imporvements LLC<br>c/o DLC Management Corporation<br>565 Taxter Rd<br>Elmsford, NY 10523 | Adam Greenberg<br><br>agreenberg@dlcmgmt.com<br>(443) 528-3412 | Landlord | | | | $16,204.00 |
| FGMK, LLC<br>2801 Lakeside Dr, 3rd Floor<br>Bannockburn, IL 60015 | Laura Goodman<br><br>LGoodman@fgmk.net<br>(847) 940-3272 | Tax | | | | $15,640.86 |
| Lincoln Park Plaza LLC<br>14 Main St<br>Park Ridge, IL 60068 | Kearby Kaiser<br><br>kk@kearbykaiser.com<br>(312) 729-5005 | Landlord | | | | $15,610.00 |
| MEPT McClurg Court LLC<br>c/o NewTower Trust Co<br>7315 Wisconsin Ave, Suite 350 West<br>Bethesda, MD 20814 | Steve Burlingame<br><br>sburlingame@HABITAT.com<br>(312) 943-5220 | Landlord | | | | $15,010.00 |
| Danada East Retail<br>c/o LaSalle Investment Mgmt, Inc<br>333 West Wacker Driver, Suite 2300<br>Chicago, IL 60606 | Cole Eisses<br><br>ceisses@midamericagrp.com<br>(630) 954-7391 | Landlord | | | | $13,206.00 |
| Chitown-Waukegan & Deerfield, LLC<br>c/o The Taxman Corporation<br>5215 Old Orchard Road Suite 130<br>Skokie, IL 60077 | David Gallagher<br><br>dgallagher@terracorealestate.com<br>(574) 274-6442 | | | | | $12,988.00 |
| Uptown Station LLC<br>11501 Northlake Drive<br>Cincinnati, OH 45249 | Michael Schmidt<br><br>mschmidt@phillipsedison.com<br>(513) 638-1018 | Landlord | | | | $12,530.00 |



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Damen 4 Management of Illinois, LLC
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Porcaro Stolarek Mete Partners, LLC<br>209 W Jackson Blvd Ste 903<br>Chicago, IL 60606 | Germaine Perez<br><br>accounting@psmpartners.com<br>(312) 940-7833 | IT Support | | | | $7,357.78 |
| Cohn, Inc.<br>3322 Commercial Avenue<br>Northbrook, IL 60062 | Marc Cohn<br><br>cohn_inc@yahoo.com<br>(847) 405-0040 | New clinic construction | | | | $5,418.81 |
| BP Contractors Corp<br>3827 Aappian Wway<br>Glenview, IL 60025 | Brian Jong Park<br><br>brian@bpcontractors.com<br>(847) 417-2656 | Supplies | | | | $5,284.47 |
| Regency Business Solutions<br>8024 Glenwood Ave, STE 200<br>Raleigh, NC 27612 | Stephanie Donley<br><br>sdonley@regencyop.com<br>(708) 925-4276 | Supplies | | | | $2,317.03 |



Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re Damen 4 Management of Illinois, LLC — Debtor(s)

Case No.

Chapter 11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 73

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: May 27, 2020

/s/ Brian Carey
Brian Carey/CEO
Signer/Title

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

215 W. Superior LLC
c/o Avision Young, LLC
One South Wacker Drive, STE 3000
Chicago, IL 60606

216 West Jackson, LLC
c/o Marc Realty
55 East Jackson Blvd, STE 500
Chicago, IL 60604

33 Management - Centrum Evanston
C/O CPT Management, LLC
225 W Hubbard St
Chicago, IL 60654

4553 N Lincoln Ave LLC
676 N Michigan Avenue
Suite 3010
Chicago, IL 60611

5348 N Clark LLC
1460 W Chicago Suite 300
Chicago, IL 60642

American Water and Energy Savers
4431 North Dixie Highway
Boca Raton, FL 33431

AmTrust Financial Services
59 Maiden Lane
New York, NY 10038

Andrew Ingley
1968 W Wilson
Chicago, IL 60640

Arthur J Gallagher Risk Mgmt Serv
39735 Treasury Center
Chicago, IL 60625

ASB Meridian South Clinton, LLC
118 S Clinton
Chicago, IL 60661

BCBS of IL
PO Box 805107
Chicago, IL 60680-4140

BP Contractors Corp
3827 Aappian Wway
Glenview, IL 60025

Brian Carey
2311 Sherman Avenue
Evanston, IL 60201

CBD Clinic Abacus Health Prod, Inc
184 Burnside Ave
Woonsocket, RI 02895

Chitown-Waukegan & Deerfield, LLC
c/o The Taxman Corporation
5215 Old Orchard Road Suite 130
Skokie, IL 60077

City of Chicago - Water
Collections,City Hall Room 107A
121 N LaSalle St
Chicago,, IL 60602

City of Park Ridge
505 Butler Place
Park Ridge, IL 60068

Cohn, Inc.
3322 Commercial Avenue
Northbrook, IL 60062

Comcast
PO Box 4928
Oak Brook, IL 60522-4928

Computer Drive
4457 Oakton Street
Skokie, IL 60076

Crowe LLP
225 W Wacker, STE 2600
Chicago, IL 60606

Damen 4 Management, LLC
225 W Hubbard #302
Chicago, IL 60654

Danada East Retail
c/o LaSalle Investment Mgmt, Inc
333 West Wacker Driver, Suite 2300
Chicago, IL 60606

Doctors Data,Inc
3755 Illinois Avenue
St Charles, IL 60174-2420

DSI Hubbard, LLC
650 Sheridan Road
Winnetka, IL 60093

Eco Living - Healthy Living
848 Dodge Ave #411
Evanston, IL 60202

Facebook
191 N Upper Wacker Dr
Chicago, IL 60606

FGMK, LLC
2801 Lakeside Dr, 3rd Floor
Bannockburn, IL 60015

Fleet Feet/DLZIMCO, Inc
4762 N Lincoln Ave
Chicago, IL 60625-2010

Flexible Benefit Services Corp
8700 W Bryn Mawr Ave #1010
Chicago, IL 60631

Gary Beisler
7425 Haddington Cove
Lakewood Ranch, FL 34202

Genova Diagnostics
PO BOX 3220
Asheville, NC 28802-3220

Griffo Botanicals
1890 Mountain View Ave
Petaluma, CA 94952

Harbor Point Management LLC
55 Old Field Point Road
Greenwich, CT 06830

HealthLab
Department 4065
Carol Stream, IL 60122

Illinois Department Of Emp Security
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Junction Networks
55 Broad Street, 20th Floor
New York, NY 10004

Lago Innovation Fund, LLC
500 W Madison Street
Suite 1000
Chicago, IL 60661

Lake County Dept of Public Works
650 W Winchester Road
Libertyville, IL 60048-1329

LHASA OMS, Inc
230 Libbey Parkway
Weymouth, MA 02189

Lincoln Park Plaza LLC
14 Main St
Park Ridge, IL 60068

Logan Apt LLC
600 West Jackson Boulevard #600
Chicago, IL 60661

McDermott Will & Emery, LLP
Attn: Krist Werling
444 West Lake Street
Chicago, IL 60606

Mellody Farm
Regency Centers
One Independent Drive, Suite 114
Jacksonville, FL 32202-5019

MEPT McClurg Court LLC
c/o NewTower Trust Co
7315 Wisconsin Ave, Suite 350 West
Bethesda, MD 20814

Midwest Provider Consultants, Inc
5545 W Montrose Ave
Chicago, IL 60641

Ortho Molecular
1991 Duncan Place
Woodstock, IL 60098

OTPT
3800 Annapolis Lan e North
Suite 165 PO Box 47009
Minneapolis, MN 55447-0009

Paycom
321 N Clark St#1525
Chicago, IL 60654

Porcaro Stolarek Mete Partners, LLC
209 W Jackson Blvd
Ste 903
Chicago, IL 60606

Poynt APP
4151 Middlefield Rd
Palo Alto, CA 94303

Principle Funds
PO Box 219971
Kansas City, MO 64121-9971

RadmediX
250 Lance Dr
Kettering, OH 45409

Randhurst Imporvements LLC
c/o DLC Management Corporation
565 Taxter Rd
Elmsford, NY 10523

Regency Business Solutions
8024 Glenwood Ave, STE 200
Raleigh, NC 27612

Sabine LLC
1335 S Michigan Ave
3rd Floor
Chicago, IL 60605

SMR Commercial Properties, LLC
1306 West Roscoe Street
Chicago, IL 60657

The Boelter Companies
1071 W Division Street
Chicago, IL 60642

The Hartford Insurance Company
200 Colonial Parkway
Suite 500
Lake Mary, FL 32746

The York Building, LLC
132 N York Street, STE 3i
Elmhurst, IL 60126

TMG Management, Inc.
2533 W Fullerton Ave
Chicago, IL 60647

Troy Zander
Barnes& Thornburg LLP
655 W. Broadway #900
San Diego, CA 92101

Uptown Station LLC
11501 Northlake Drive
Cincinnati, OH 45249

US Biotek Laboratories
100 Tigan Street
Winooski, VT 05404

Velan
2 Fl Flowtech Bldg 18 New Scheme Rd
Pappanaickenpal Coimbatore 641 037
India

Viewgol, LLC
11172 Dorchester Lane
Frisco, TX 75033

Village of Orland Park
14700 Ravinia Ave
Orland Park, IL 60462

Waystar
1330 West Fulton Market Suite 300
Chicago, IL 60607

William Fiely
602 South Avenue
Glencoe, IL 60022

Yelp
140 New Montgomery Street
San Francisco, CA 94105

ZH Healthcare Inc
7910 Woodmont Ave Suite 630
Bethesda, MD 20814

# United States Bankruptcy Court
## Northern District of Illinois

In re Damen 4 Management of Illinois, LLC Case No. ____
Debtor(s) Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Damen 4 Management of Illinois, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Damen 4 Management, LLC
225 W Hubbard #302
Chicago, IL 60654

☐ None [*Check if applicable*]

May 27, 2020
Date

/s/ Brian L. Shaw
Brian L. Shaw 6216834
Signature of Attorney or Litigant
Counsel for Damen 4 Management of Illinois, LLC

Fox Rothschild LLP
321 N. Clark Street
Suite 1600
Chicago, IL 60654
312-517-9200 Fax:312-517-9201
bshaw@foxrothschild.com